411 A.2d 216

In re Christopher Scott WALTERS.

Appeal of Martin V. and Linda A. MYERS.

Supreme Court of Pennsylvania.

Argued Jan. 21, 1980.

Decided Feb. 25, 1980.

John F. Pyfer, Jr., Lancaster, for appellant.

Richard S. Solove, Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.